[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
February 23, 2006
THOMAS K. KAHN
CLERK

_____

No. 05-10722
Non-Argument Calendar

_____

D. C. Docket No. 04-00229-CR-J-24MCR

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

SCOTT BRANDON HEATH,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

**(February 23, 2006)**

Before TJOFLAT, ANDERSON  and BLACK, Circuit Judges.

PER CURIAM:

W. Charles Fletcher, Esquire, appointed counsel for Scott Brandon Heath,

has moved to withdraw from further representation of Heath, because, in his opinion, the appeal is without merit. Counsel has filed a brief pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Heath's conviction and sentence are **AFFIRMED**.